**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x

UNITED STATES OF AMERICA                    :

      -against-                                :

Hiu Kit David Chong                         :

                                               :

------------------------------------x

    25 mj 3861

    Docket #

    **ORDER**

_____Valerie Figueredo_____ , Magistrate Judge:

    As to Defendant    Hiu Kit David Chong    , the Clerk of Court is hereby directed to receive the monies paid in the    Central District of California    into the Court's registry until further Order from the Court. (*See* Document # 7 ).

**SO ORDERED**.

_____
Valerie Figueredo
United States Magistrate Judge

**Dated:**    3/3/26
    New York, New York